**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2277**

DIONNE R. JONES,

    Plaintiff - Appellant,

  v.

VIRGINIA DEPARTMENT OF SOCIAL SERVICES,

    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, Senior District Judge. (1:08-cv-00166-TSE-TRJ)

Submitted: April 24, 2009      Decided: May 12, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dionne R. Jones, Appellant Pro Se. Sydney Edmund Rab, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dionne R. Jones appeals the district court's order granting summary judgment for the Defendant and the order granting in part and denying in part her motion to reconsider that order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order granting summary judgment for the Defendant and the order granting in part and denying in part reconsideration for the reasons stated by the district court. See Jones v. Va. Dep't of Soc. Servs., No. 1:08-cv-00166-TSE-TRJ (E.D. Va. filed Sept. 10, 2008 & entered Sept. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2